THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH ANZELOTTI, Appellant.

*People v. Anzelotti*, 169 App. Div. 959, appeal dismissed.
(Submitted November 15, 1915; decided November 23, 1915.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 4, 1915, which affirmed a judgment of the Kings County Court rendered upon a verdict convicting the defendant of the crime of compulsory prostitution of women.

The motion was made upon the ground of failure to file the return.

*James C. Cropsey, District Attorney* (*Ralph E. Hemstreet* of counsel), for motion.

*Charles A. Ludlow* opposed.

Motion granted and appeal dismissed.

---

In the Matter of the Accounting of JOHN O. BALL, as Trustee under the Will of MARY CAULFIELD, Deceased.
JOHN O. BALL, Individually and as Trustee, Appellant; THOMAS J. CAULFIELD et al., Respondents.

(Submitted November 15, 1915; decided November 23, 1915.)

Motion for reargument denied, without costs. (See 216 N. Y. 639.)